1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JUAN C. PALOMARES,                    1:09-cv-00769-DLB (HC)

12                                        ORDER TRANSFERING CASE TO THE
                                          UNITED STATES DISTRICT COURT FOR
13              Petitioner,               THE CENTRAL  DISTRICT OF
                                          CALIFORNIA
14  vs.

15  KEN CLARK,

16              Respondent.

17  _____/

18

19          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20  U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21          The federal venue statute requires that a civil action, other than one based on diversity

22  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

23  reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

24  giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

25  situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

26  the action may otherwise be brought." 28 U.S.C.  §  1391(b).

27          In this case, the petitioner is challenging a conviction from Los Angeles County, which is in the

28  Central  District of California.  Therefore, the petition should have been filed in the United States

1    District Court for the Central  District of California.  In the interest of justice, a federal court may

2    transfer a case filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a);  <u>Starnes v.</u>

3    <u>McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

4            Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

5    District Court for the Central  District of California.

6

7            IT IS SO ORDERED.

8        **Dated:**   **May 4, 2009**            **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28