UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. PALOMARES,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>KEN CLARK,<br><br>　　　　　　Respondent. | Case No. CV 09-3114 SGL(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

_____

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections").  The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.  The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.[1]

---

[1] In his Objections, petitioner notes that he has been to the California Supreme Court, as evidenced by an attached petition for writ of habeas corpus filed in the California Supreme Court in Case No. S166387 (the "State Petition").  However, as noted in the Report and Recommendation at note 2, the State Petition does not contain the claims raised in the instant federal Petition.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on any counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   June 3, 2009

_____
HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE