UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN C. PALOMARES, | ) | Case No. CV 09-3114 SGL(JC) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| KEN CLARK, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: June 3, 2009

HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE